UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRACY WELCH | ) | |
| | ) | |
| v. | ) | NO. 3:11-1166 |
| | ) | JUDGE SHARP |
| KINCAID MOVING AND STORAGE, INC. | ) ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal (Docket No. 22) filed by the Plaintiff, this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE